IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ANSWER |
| | ) | |
| Defendant. | ) | |