Test Citation Links  Filing No. 38 at 2.

Filing No. 38 p. 2

Filing No. 38

Filing 39

Filing 39 at 3

PageID.1

PageID.4

***8:16-cv-00100 PageID.22***
This is a link to case 8:16-cv-00100 PageID.22.  This is also a link (8:16-cv-00100 PageID.22)
This is a link to case 8:16-cv-100 PageID.22.  This is also a link (8:16-cv-100 PageID.22)